UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS GABRIEL MENESES MONTES,

    Plaintiff,

vs.                                                          **Case No. 8:11-CV-930-T-27EAJ**

FBI,

    **Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 3) recommending that Plaintiff's construed Application to Proceed *in forma pauperis* (Dkt. 2) be denied without prejudice and Plaintiff be required to file an amended complaint. Plaintiff filed no objections to the Report and Recommendation and the time for doing so has expired. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Complaint (Dkt. 1) is **DISMISSED**.

3) Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) is **DENIED** without prejudice.

4) Plaintiff shall file an amended complaint within **twenty (20) days** of the date of this Order, failing which this case will be dismissed without further notice.

5) The amended complaint shall include a short and plain statement of Plaintiff's claims and shall include (a) a brief description of the event or events upon which each claim is based, (b) a brief description of what Defendant did or failed to do and how Defendant's act or omission injured Plaintiff, and (c) a short and plain statement of the basis for federal subject matter jurisdiction.

**DONE AND ORDERED** in chambers this 31st day of May, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Plaintiff